IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Indiana Michigan Power Co., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00861 |
| v. | : | Judge Marbley |
| Siemens Energy, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Defendant Siemens Energy, Inc.'s November 19, 2012 motion for leave to file attachments to its motions to dismiss and counterclaims under seal (doc. 11) is GRANTED.

s/Mark R. Abel
United States Magistrate Judge